James R. Cracolice (SBN 176943)
CRACOLICE & ASSOCIATES
560 S. Winchester Blvd., Suite 500
San Jose, CA  95128
Telephone:  (408) 885-1900
Facsimile:  (866) 459-2784

**E-Filed 4/15/2010**

Attorneys for Plaintiff
MARCUS ADAMIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ADAMIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a corporation;<br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a corporation;<br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC, a limited liability company; and DOES 1 through 200, inclusive,<br><br>　　　　Defendants. | Case No.: CV10-0049 JF PVT<br><br>**STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT SCHEDULE** |

　　　　Plaintiff MARCUS ADAMIAN and Defendants BANK OF AMERICA, NATIONAL ASSOCIATION ("BofA"), WELLS FARGO BANK, NATIONAL ASSOCIATION ("WELLS FARGO"), and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC ("LOANSTAR"), (collectively "DEFENDANTS") and their counsel, hereby stipulate as follows:

　　　　WHEREAS, on or about October 23, 2009, Defendant LOANSTAR conducted a trustee's sale ("Trustee's Sale") of Plaintiff's property located at 2624 Cherry Avenue, San Jose, California (the "Adamian Property").

1

WHEREAS, Plaintiff filed an action in Superior Court of California, County of Santa Clara on November 20, 2009 alleging, *inter alia*, the wrongful foreclosure of the Adamian Property by DEFENDANTS and seeking to cancel the trustee's deed.

WHEREAS, Plaintiff further seeks restitution and other relief for alleged wrongdoing in connection with the origination of a loan secured by the Adamian Property.

WHEREAS, Defendants BofA and WELLS FARGO filed a Notice of Removal on January 6, 2010 to remove the case to federal court, United States District Court, Northern District of California.

WHEREAS, Defendants BofA and WELLS FARGO have agreed to review, and Plaintiff has submitted, documentation for the approval of a loan modification. If approved, the loan modification may result in the cancellation of the foreclosure and a complete resolution of this case.

WHEREAS, DEFENDANTS have continued their pending motions to dismiss to June 25, 2010 and also wish to modify the case management schedule to allow Defendants BofA and WELLS FARGO sufficient time to review Plaintiff's pending request for a loan modification, and thus avoid incurring the costs of litigation that may prove to be unnecessary.

THEREFORE, the parties agree as follows:

1. The parties agree, subject to the approval of the court, to modify the case management schedule as follows:

| DATE | EVENT |
|---|---|
| 6/4/2010 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

2

| | | |
|---|---|---|
| 1 2 3 4 5 | 6/18/2010 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |
| 6 7 8 | 6/25/2010 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 AM |
| 9 10 11 12 13 14 | 6/25/2010 | DEFENDANTS have, or will, set the hearing for their motions to dismiss to this date. Plaintiff will file either an opposition to said motions or his First Amended Complaint at least 21 days before the hearing on said motions. |

Cracolice & Associates

_____                    Date: 4/9/10
James R. Cracolice
Attorney for Plaintiff
MARCUS ADAMIAN


SEVERSON & WERSON, APC

_____                    Date: 4/9/10
Jon D. Ives
Attorney for Defendants
BANK OF AMERICA, NATIONAL
ASSOCIATION and WELLS FARGO BANK,
NATIONAL ASSOCIATION


///

3
STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT SCHEDULE
CASE NO.: CV10-0049 JF PVT

```
1 | LAW OFFICES OF GLENN H. WECHSLER
2 | [signature]                          Date: 4-9-10
3 | Lawrence D. Harris
4 | Attorney for Defendant
    | FIRST AMERICAN LOANSTAR TRUSTEE
5 | SERVICES, LLC
```

## ORDER

On reading the stipulation of the parties hereto for a modification of the case management schedule and good cause appearing therefor,

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the case management schedule is modified as follows:

| DATE | EVENT |
|---|---|
| 6/4/2010 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 6/18/2010 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement |

| | |
|---|---|
| 6/25/2010 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 3, 5th Floor, SJ at 10:30 AM |
| 6/25/2010 | DEFENDANTS have, or will, set the hearing for their motions to dismiss to this date. Plaintiff will file either an opposition to said motions or his First Amended Complaint at least 21 days before the hearing on said motions. |

DATED: 4/12/2010              By: _____
                                  The Honorable Jeremy Fogel,
                                  United States District Judge