\*\*E-Filed 7/23/2010\*\*

1  James R. Cracolice (SBN 176943)
   CRACOLICE & ASSOCIATES
2  560 S. Winchester Blvd., Suite 500
   San Jose, CA 95128
3  Telephone: (408) 885-1900
4  Facsimile: (866) 459-2784

5  Attorneys for Plaintiff
   MARCUS ADAMIAN
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARCUS ADAMIAN, an individual,                            | Case No.: CV10-0049 JF PVT
12 |     Plaintiff,                                             |
13 | vs.                                                        | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
14 | BANK OF AMERICA, NATIONAL ASSOCIATION, a corporation;      |
15 | WELLS FARGO BANK, NATIONAL ASSOCIATION, a corporation;     |
16 | FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC, a limited liability company; and |
17 | DOES 1 through 200, inclusive,                             |
18 |                                                            |
19 |     Defendants.                                            |

20

21

22     Plaintiff MARCUS ADAMIAN and Defendants BANK OF AMERICA, NATIONAL

23 ASSOCIATION ("BofA"), WELLS FARGO BANK, NATIONAL ASSOCIATION ("WELLS

24 FARGO"), and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC ("LOANSTAR"),

25 (collectively "DEFENDANTS") and their counsel, hereby stipulate as follows:

26     WHEREAS, DEFENDANTS have filed motions to dismiss which are scheduled to be heard on

27 September 10, 2010;

28 ///

1  WHEREAS, the next Case Management Conference for this case is scheduled for October 1,
2  2010 at which time the parties are expected to report on the results of the mediation;
3  WHEREAS, upon the recommendation of the court ADR coordinator, the parties agreed that the
4  appointment of the mediator should occur after the motions are heard and the pleadings are settled;
5  THEREFORE, the parties agree that the Case Management Conference should be further
6  continued to November 5, 2010 to allow for the mediator to be selected and the mediation to occur after
7  the hearings on the motion to dismiss.

8
9  Cracolice & Associates

10
11  _____    Date: 7-19-10
   James R. Cracolice
12 Attorney for Plaintiff
   MARCUS ADAMIAN
13

14
15  SEVERSON & WERSON, APC

16
17  _____    Date: 7/19/10
   Jon D. Ives
18 Attorney for Defendants
   BANK OF AMERICA, NATIONAL
19 ASSOCIATION and WELLS FARGO BANK,
   NATIONAL ASSOCIATION
20

21 LAW OFFICES OF GLENN H. WECHSLER

22
23  _____    Date: 7-19-10
   Jeffrey Kirk
24 Attorney for Defendant
   FIRST AMERICAN LOANSTAR TRUSTEE
25 SERVICES, LLC

26  ///
27  ///
28

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: CV10-0049 JF PVT

## ORDER

On reading the stipulation of the parties hereto for a modification of the case management schedule and good cause appearing therefor,

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the case management conference is further continued until November 5, 2010 at 10:30 a.m.

DATED: 7/23/2010

By: _____
The Honorable Jeremy Fogel
United States District Judge